## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH HARRIS,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **NO. 11-7750** |
| | : | |
| **M. WENEROWICZ, et al.,** | : | |
| **Respondents** | : | |

### O R D E R

**AND NOW**, this   31st   day of January, 2013, upon careful and independent

consideration of the pleadings and record herein, and after review of the thorough and

well-reasoned Report and Recommendation of the Honorable Thomas J. Rueter, United

States Magistrate Judge, it is hereby ORDERED that:

1.    The petitioner's objections are OVERRULED as meritless;[1]

2.    The Report and Recommendation is APPROVED and ADOPTED;

3.    The petition for a writ of habeas corpus is DISMISSED;

4.    Petitioner's request for discovery (Document # 6) is DENIED; and

5.    A certificate of appealability is not granted.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J

---

[1] This petition is clearly untimely.  The petitioner has presented nothing to refute that finding. His claim of extraordinary circumstances preventing him from filing a timely petition provides him no relief.  Finally, his allegations do not support a finding that the statute of limitations should be equitably tolled.  See Holland v. Florida, 130 S.Ct. 2554, 2562 (2010).