IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH HARRIS,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 11-7750 |
| | : | |
| **M. WENEROWICZ, et al.,** | : | |
| Respondents | : | |

### O R D E R

**AND NOW,** this 14th day of August, 2014, upon careful consideration of the petitioner's motion for relief from judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure (Document #31), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.